AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>McCurn, Neal P. | 2. Court or Organization<br><br>U.S. District Court | 3. Date of Report<br><br>06/07/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior U.S. Distritct Court | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>P.O. Box 7365<br>100 S Clinton Street<br>Syracuse, NY 13261 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2011 | NYS Employee Ret System | $2,860.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McCurn, Neal P. | 06/07/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage acct stks Bds Wells Fargo Adv | | | | | | | | | |
| 2. AT&T | B | Dividend | K | T | | | | | |
| 3. Amer Electric Power | B | Dividend | K | T | | | | | |
| 4. Heiinz HJ | A | Dividend | K | T | | | | | |
| 5. Int'l Business Machines | A | Dividend | L | T | | | | | |
| 6. Valero Energy | A | Dividend | J | T | | | | | |
| 7. Verizon Comm | A | Dividend | K | T | | | | | |
| 8. YUM Brands | A | Dividend | K | T | | | | | |
| 9. Biotech Holders Tr | A | Dividend | K | T | | | | | |
| 10. Fairport Comm | | None | | | Sold | 02/11/11 | J | | |
| 11. Corning | A | Dividend | J | T | | | | | |
| 12. Corning | A | Dividend | K | T | | | | | |
| 13. Franklin Temp Mutual Disc | B | Dividend | L | T | | | | | |
| 14. NYS Dorm 3.5% 7/1/16 | A | Interest | J | T | | | | | |
| 15. NYS Dorm 3.25% 7/1/14 | A | Interest | K | T | | | | | |
| 16. NYS Dorm 5% 3/15/13 | B | Interest | K | T | | | | | |
| 17. Fl St PWR 4% 10/1/15 | B | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McCurn, Neal P. | 06/07/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. NYC WTR 4.75% 6/15/33 | B | Interest | K | T | | | | | |
| 19. NYC WTR 5% 6/15/34 | A | Interest | K | T | | | | | |
| 20. Southampton 4% 12/15/25 | A | Interest | J | T | | | | | |
| 21. Lake Success NY 3% 1/15/15 | C | Interest | M | T | | | | | |
| 22. Campbell Strategic | A | Interest | M | T | | | | | |
| 23. Agilent Tech Inc (Y) | | | | | | | | | |
| 24. Stryker Corp | A | Dividend | K | T | | | | | |
| 25. Port Auth NY 4.25% 10/15/30 | C | Interest | L | T | | | | | |
| 26. NYC WTR 4.5% 6/15/34 | A | Interest | K | T | | | | | |
| 27. Amer Fds Cap Wrld G&I | A | Dividend | J | T | | | | | |
| 28. EOG Resources | A | Dividend | K | T | | | | | |
| 29. First Busey Corp(Y) | | | | | | | | | |
| 30. Hewlett Packard | A | Dividend | J | T | | | | | |
| 31. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 32. Eli Lilly | A | Dividend | J | T | | | | | |
| 33. Pfizer | A | Dividend | J | T | | | | | |
| 34. Vodafone Group | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McCurn, Neal P. | 06/07/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Xerox | A | Dividend | J | T | | | | | |
| 36. NYS Envrnmt 4% 6/15/14 | A | Interest | K | T | | | | | |
| 37. MTA NY Trans 4.5% 11/15/38 | | None | K | T | Buy | 12/02/11 | K | | |
| 38. Mass WTR 2% 81/11 | A | Interest | | | Matured | 08/01/11 | L | | |
| 39. Norwalk CT 2%7/1/12 | A | Interest | K | T | | | | | |
| 40. NYS Dorm 4%12/15/16 | A | Interest | K | T | | | | | |
| 41. NYS Envnmt 4.625% 6/15/33 | A | Interest | K | T | | | | | |
| 42. Sentl Cap Mkts | A | Dividend | | | Sold | 11/01/11 | L | D | |
| 43. Financial Sector SPDR | A | Dividend | J | T | | | | | |
| 44. Intuitive Surgical | | None | L | T | | | | | |
| 45. NY TWY 3.125% 3/15/25 | A | Interest | K | T | | | | | |
| 46. Port Auth 4% 9/15/30 | C | Interest | L | T | | | | | |
| 47. NYS LOC 4% 4/1/24 | A | Interest | K | T | Buy | 01/05/11 | K | | |
| 48. NYS Dorm 3.75% 03/15/26 | A | Interest | L | T | Buy | 07/28/11 | L | | |
| 49. NYC WTR 4.5% 06/15/29 | A | Interest | J | T | Buy | 05/20/11 | J | | |
| 50. NYC TRANS 4.125% 7/15/31 | | None | K | T | Buy | 12/14/11 | K | | |
| 51. NYS DORM 4.25% 7/1/39 | | None | L | T | Buy | 11/02/11 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McCurn, Neal P. | 06/07/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. NYS DORM 5% 5/01/41 | | None | K | T | Buy | 12/02/11 | K | | |
| 53. NYS WTR 4.5% 6/15/37 | A | Interest | J | T | Buy | 11/02/11 | J | | |
| 54. Halliburton Co | A | Dividend | J | T | | | | | |
| 55. Dreyfus Appreciation | A | Dividend | K | T | | | | | |
| 56. Dreyfus Tax Exempt | A | Interest | K | T | | | | | |
| 57. Dreyfus Emerging Leaders name change/ merged Opp Small Cap | | None | K | T | | | | | |
| 58. Dreyfus Mid Cap | B | Dividend | L | T | | | | | |
| 59. Dreyfus Short Muni | A | Interest | K | T | | | | | |
| 60. Dreyfus Global Stock | A | Dividend | K | T | | | | | |
| 61. Dreyfus Strat Val | A | Dividend | J | T | Buy | 12/07/11 | J | | |
| 62. NYS Dorm 4.25% 7/1/32 | | None | L | T | Buy | 12/02/11 | K | | |
| 63. NYS Envnmntl 4.5 % 11/15/34 | A | Interest | J | T | Buy | 5/09/11 | J | | |
| 64. IRA Acct Wells fargo | | | | | | | | | |
| 65. Boston Scientific (Y) | | | | | | | | | |
| 66. Eli Lilly | A | Dividend | J | T | | | | | |
| 67. Medco Health (Y) | | | | | | | | | |
| 68. Pfizer | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Simon Property | B | Dividend | K | T | | | | | |
| 70. UDR Inc | B | Dividend | K | T | | | | | |
| 71. American Express CD 12/30/11 | A | Interest | | | Matured | 12/30/11 | K | | |
| 72. Franklin Mutual Dicovery | A | Dividend | K | T | | | | | |
| 73. New Economy | A | Dividend | K | T | | | | | |
| 74. US Savings Bonds | | None | K | T | | | | | |
| 75. Summit/Syracuse Police Fed CUCDs & Base A/C | A | Interest | K | T | | | | | |
| 76. M&T Bank Checking | A | Interest | K | T | | | | | |
| 77. Metlife Bank & Money Mrk | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McCurn, Neal P. | 06/07/2012 |

**VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.** *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Neal P. McCurn**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544